# United States Court of Appeals

### For the Eighth Circuit

_____

No. 16-1435

_____

Kenneth M. Njema,

*Plaintiff - Appellant*,

v.

Wells Fargo Bank, N.A.,

*Defendant - Appellee*.

_____

Appeal from United States District Court
for the District of Minnesota - Minneapolis

_____

Submitted: January 5, 2017
Filed: January 26, 2017
[Unpublished]

_____

Before COLLOTON, MURPHY, and GRUENDER, Circuit Judges.

_____

PER CURIAM.

   In this action challenging the foreclosure of his home, Kenneth Njema appeals
after the district court[1] entered summary judgment against him on his claims of breach

---

   [1]The Honorable Patrick J. Schiltz, United States District Judge for the District
of Minnesota, adopting the report and recommendations of the Honorable Janie S.

of contract, intentional misrepresentation, wrongful foreclosure, and intentional infliction of emotional distress, and dismissed his remaining trespass claim without prejudice, for failure to prosecute.

Following a careful review of the record and the parties' arguments on appeal, we agree with the district court's disposition of Njema's claims. *See Burger v. Allied Prop. & Cas. Ins. Co.*, 822 F.3d 445, 447 (8th Cir. 2016) (summary judgment decisions are reviewed de novo); *Lexington Ins. Co. v. Integrity Land Title Co., Inc.*, 721 F.3d 958, 968 (8th Cir. 2013) (stay-related rulings are reviewed for abuse of discretion); *Fleming v. Harris*, 39 F.3d 905, 908 (8th Cir. 1994) (rulings related to requests by counsel to withdraw are reviewed for abuse of discretion).[2]

Accordingly, we affirm. *See* 8th Cir. R. 47B.

——————————————————

————————————

Mayeron, United States Magistrate Judge for the District of Minnesota.

[2]We decline to consider points that Njema mentions on appeal, but does not meaningfully argue in his opening brief, *see Ahlberg v. Chrysler Corp.*, 481 F.3d 630, 638 (8th Cir. 2007); *French v. Board*, 993 F.2d 160, 161 (8th Cir. 1993), and arguments that he asserts on appeal, but did not properly present in the summary judgment proceedings, *see B.M. ex rel. Miller v. S. Callway R-II Sch. Dist.*, 732 F.3d 882, 887 (8th Cir. 2012).